IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY and GREAT AMERICAN CONTEMPORARY INSURANCE COMPANY,<br><br>       Plaintiffs and Counter Defendants,<br><br>v.<br><br>GREEN TREE SERVICING, LLC,<br><br>       Defendant and Counter Claimant. | Case No. 08-CV-02988 (JNE/JSM)<br>**Jury Trial Demanded**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to the above-captioned action, Plaintiffs and Counter Defendants Great American Insurance Company and Great American Contemporary Insurance Company (collectively "Great American") and Defendant and Counter Claimant Green Tree Servicing, LLC ("Green Tree") hereby stipulate and agree to the dismissal of the above-captioned action with prejudice and without costs, expenses or attorney fees to any party.

Dated: February 3, 2009       **MEAGHER & GEER, P.L.L.P.**

By:   s/ Michael P. McNamee
      Charles E. Spevacek (#126044)
      Michael P. McNamee (#277964)

33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
(612) 338-0661

**Attorneys for Plaintiffs and Counter Defendants Great American Insurance Co. and Great American Contemporary Insurance Company.**

Dated: February 3, 2009 **BRIGGS AND MORGAN, P.A.**

By: _s/ Timothy Gelinske_
Richard G. Mark (#67581)
Timothy Gelinske (#267764)

2200 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 977-8400
Facsimile: (612) 977-8650

**Attorneys for Defendant and Counter Claimant Green Tree Servicing, LLC**

6835435.1