**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Great American Insurance Company and    08cv2988    (JNE/JSM)
Great American Contemporary Insurance
Company,

      Plaintiffs and Counter Defendants,

v.    **ORDER FOR DISMISSAL**

Green Tree Servicing, LLC,

      Defendant and Counter Claimant.

---

Pursuant to the Stipulation of Dismissal with Prejudice filed by the parties [#18],

**IT IS HEREBY ORDERED** that the above captioned matter is hereby dismissed, with prejudice, along with any counterclaims, on the merits, and without further cost to any of the parties or their attorneys.

DATED: February 4, 2009

                                      s/ Joan N. Ericksen
                                      JOAN N. ERICKSEN, Judge
                                      United States District Court